IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| TALON MANAGEMENT SERVICES, LLC TALON OP., LP, TALON REAL ESTATE HOLDING CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>GOLIATH ASSET MANAGEMENT, LLC, 6PROPS, LLC, DINESH PATEL, and MILAN PATEL,<br><br>Defendants. | § § § § § § § § § § § § § § | Case No. _____ |

## DEFENDANTS' NOTICE OF REMOVAL

TO THE HONORABLE UNITED STATES DISTRICT COURT:

Defendants, GOLIATH ASSET MANAGEMENT, LLC, 6PROPS, LLC, DINESH PATEL, and MILAN PATEL, M.D., hereby file this Notice of Removal of Cause No. 110207-C-CV, filed in the 251st District Court in and for Potter County, Texas, to the United States District Court for the Northern District of Texas, Amarillo Division, as provided by Title 28, U.S. Code, Chapter 89 and states:

1.  GOLIATH ASSET MANAGEMENT, LLC, 6PROPS, LLC, DINESH PATEL, and MILAN PATEL, M.D., are Defendants in the above-entitled action. All Defendants are residents of the state of Texas. According to the petition filed by Plaintiffs, Talon Real Estate Holding Corporation, Talon Operating Partnership, and Talon Management Services are residents of the states of Utah and Minnesota. Defendants file the further certificate of interested persons setting out the owners of Defendants Goliath Asset Management, LLC and 6PROPS, LLC, including the individual owners of the entity owners involved, none of whom are citizens of the states of Utah or Minnesota.

2.   According to the prayer of Plaintiff's Petition, Plaintiffs seek judgment "not less than the sum or $40,790,000"

3.   The above-entitled action was commenced in the 251st District Court of Potter County, State of Texas and is now pending in that Court.  Process has not been served on Defendants.  On March 15, 2021, Mr. Matt Sherwood alerted the undersigned counsel for Defendants' of the filing of the Petition, following which Defendants' counsel secured a copy of the petition from the district clerk of Potter County, Texas on March 15, 2021.

4.   The action is a civil action alleging claims for title and damages and is the same case as Case No. 2:19-cv-00205-Z-BR previously dismissed, without prejudice by Order dated November 13, 2020.

5.   The United States District Court for the Northern District of Texas, Amarillo Division, has jurisdiction by reason of the diversity of citizenship of the parties.

6.   Plaintiff Talon Real Estate Holding Corporation is now and at the time the state action was commenced a corporation organized under the laws of the State of Utah, with its principal place of business in Minneapolis, Minnesota. (Petition, Paragraph 3).

7.   No change of citizenship of parties has occurred since the commencement of the action.

8.   Defendants will give written notice of the filing of this notice as required by 28 U.S.C. § 1446(d).

9.   A copy of this notice will be filed with the clerk of the 251st District Court, Potter County, Texas, as required by 28 U.S.C. § 1446(d).

WHEREFORE, Defendants, GOLIATH ASSET MANAGEMENT, LLC, 6PROPS, LLC, DINESH PATEL, and MILAN PATEL, M.D., request that this action proceed in this Court as an action properly removed to it.

Respectfully submitted,

Burdett, Morgan, Williamson & Boykin, LLP
500 S. Taylor, Suite 900
Amarillo, Texas 79101
(806) 358-8116
(806) 358-3154
wbrooks@bmwb-law.com
jmorgan@bmwb-law.com


By: /s/ Wyatt L. Brooks
     Wyatt L. Brooks
     State Bar No. 03075600
     Gerald G. Morgan, Jr.
     State Bar No. 14438700

ATTORNEYS FOR DEFENDANTS


**CERTIFICATE OF SERVICE**

It is hereby certified that a true and correct copy of the foregoing document was this 18th day of March 2021 sent by email to Matthew Sherwood, msherwood@bf-law.com, and Joshua D. Brinen, jbrinen@brinenlaw.com.


/s/ Wyatt L. Brooks
Wyatt L. Brooks