IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| TALON MANAGEMENT SERVICES LLC, *et al.*, | § § § § § § § § § § § § | |
| Plaintiffs, | | |
| v. | | 2:21-CV-049-Z-BR |
| GOLIATH ASSET MANAGEMENT, LLC, *et al.*, | | |
| Defendants. | | |

## JUDGMENT

Of equal date herewith, the undersigned United States District Judge has entered an order **GRANTING** Defendants' Motion for Summary Judgment (ECF No. 19) in this case and thereby **DISMISSING** Plaintiffs' claims **with prejudice**.

Judgment is rendered accordingly.

March 21, 2022.

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE