IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

TALON MANAGEMENT SERVICES, LLC, *et al.*,

    Plaintiffs,

v.

GOLIATH ASSET MANAGEMENT LLC, *et al.*,

    Defendants.

2:21-CV-049-Z-BR

## ORDER

This case is here on remand from the Fifth Circuit. Plaintiff sued Defendants, alleging a variety of state law claims. *See Talon Mgmt. Servs., L.L.C. v. Goliath Asset Mgmt., L.L.C.*, No. 22-10379, 2022 WL 17901921, at *1 (5th Cir. Dec. 23, 2022). This Court granted Defendants' motion for summary judgment. *Id.* After an appeal, the Fifth Circuit affirmed the Court's award of summary judgment and granted Defendants' motion for sanctions under Federal Rule of Appellate Procedure 38 and 28 U.S.C. § 1927. *Id.* The Fifth Circuit remanded the case back to this Court for one reason: to determine the amount of the award. *Id.* The Court resolved that issue. *See* ECF No. 75. Accordingly, the Court **DIRECTS** the Clerk's office to close the case.

**SO ORDERED**.

April 25, 2023.

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE